**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

NELLIE FRANCIS :

v. : C.A. No. 04-04T

PROVIDENCE SCHOOL BOARD :

**DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT**

1. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 1 of Plaintiff's Complaint and leaves Plaintiff to her proof thereof.

2. The allegation set forth in Paragraph 2 of Plaintiff's Complaint states a legal premise to which no answer is required.

3. Defendant admits that this Court has federal question jurisdiction over the claim made pursuant to the Americans with Disabilities Act, 42 U.S.C. § 121010 ("ADA"), and pendent jurisdiction over the state claims.

4. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 4 of Plaintiff's Complaint and leaves Plaintiff to her proof thereof.

5. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 5 of Plaintiff's Complaint and leaves Plaintiff to her proof thereof.

3

6. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 6 of Plaintiff's Complaint and leaves Plaintiff to her proof thereof.

7. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 7 of Plaintiff's Complaint and leaves Plaintiff to her proof thereof.

8. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 8 of Plaintiff's Complaint and leaves Plaintiff to her proof thereof.

9. Defendant neither admits nor denies but is without sufficient knowledge or information to form an opinion as to the truth of the allegation that the Plaintiff "now suffers a physical impairment." Defendant denies the remaining allegations set forth in Paragraph 9 of Plaintiff's Complaint.

10. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 10 of Plaintiff's Complaint and leaves Plaintiff to her proof thereof.

11. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 11 of Plaintiff's Complaint and leaves Plaintiff to her proof thereof.

12. Defendant admits that the Plaintiff made a request for certain alterations in her working conditions, but denies the characterization of such request as one for a "reasonable accommodation." Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the remaining

allegation set forth in Paragraph 12 of Plaintiff's Complaint, that the Plaintiff asked to be "stationed in a classroom with running water suitable for teaching biology."

13. Defendant denies the characterization of Plaintiff's request as a "reasonable accommodation" and, with respect to the remaining allegations set forth in Paragraph 13 of Plaintiff's Complaint, Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion and leaves Plaintiff to her proof thereof.

14. Defendant denies generally and specifically the allegations contained in Paragraph 14 of Plaintiff's Complaint.

15. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegation contained in Paragraph 15 of Plaintiff's Complaint that she "has twice reinjured herself," and leaves Plaintiff to her proof thereof. Defendant denies the remaining allegations contained in Paragraph 15 of Plaintiff's Complaint.

16. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegation contained in Paragraph 16 of Plaintiff's Complaint that she "has not been able to work since 2002," and leaves Plaintiff to her proof thereof. Defendant denies the remaining allegations contained in Paragraph 16 of Plaintiff's Complaint.

17. Defendant denies generally and specifically the allegation contained in Paragraph 17 of Plaintiff's Complaint.

18. Defendant denies generally and specifically the allegation contained in Paragraph 18 of Plaintiff's Complaint.

19. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegation contained in Paragraph 19 of Plaintiff's Complaint that she "will continue to suffer recurrences of her work-related injury," and leaves Plaintiff to her proof thereof. Defendant denies the remaining allegations contained in Paragraph 19 of Plaintiff's Complaint.

20. Defendant denies generally and specifically the allegations contained in Paragraph 20 of Plaintiff's Complaint.

21. Defendant denies generally and specifically the allegations contained in Paragraph 21 of Plaintiff's Complaint.

**AFFIRMATIVE DEFENSES**

1. The Defendant is unable to accommodate the Plaintiff's request because doing so would create an undue hardship and expense.

2. The Plaintiff is unable to perform the essential functions of the job.

3. The Plaintiff is not a qualified person with a disability under the ADA.

4. The Plaintiff's Complaint fails to state a claim upon which relief can be granted.

WHEREFORE, Defendant demands that Plaintiffs' Complaint and prayers for relief be denied and dismissed; that judgment enter for the Defendant and that Defendant be awarded costs and attorneys' fees.

DEFENDANT,
PROVIDENCE SCHOOL BOARD

By its Attorney,

JOSEPH M. FERNANDEZ
CITY SOLICITOR

Sara A. Rapport (#6184)
Senior Assistant City Solicitor
City of Providence
Department of Law
275 Westminster Street, Suite 200
Providence, RI 02903
(401) 421-7740, Ext. 333
(401) 351-7596 (Fax)

**CERTIFICATION**

I hereby certify that on this 22nd day of January, 2004, I mailed a true copy of the foregoing, by regular mail, postage prepaid, to the following:

Kenneth Haupt, Esquire
DeSisto & Associates, Suite 1010
One Turks Head Place
Providence, RI 02903

Carolyn M. Ranucci