**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

NELLIE FRANCIS :

v. : C.A. No. 04-04T

PROVIDENCE SCHOOL BOARD :

**MOTION TO FILE ANSWER TWO DAYS OUT OF TIME--Amended**

Defendant Providence School Board, by and through its attorney Sara A. Rapport, Senior Assistant City Solicitor, Law Department, City of Providence, hereby asks that this Court accept the Answer of Defendant two days beyond the time specified in Federal Rule of Civil Procedure 81(c).

Under that Rule, the defendant must answer actions filed in but removed from state court "within 20 days after receipt through service or otherwise a copy of the initial pleading . . . or within 5 days after the filing of the petition for removal, whichever period is longest." Counsel personally agreed to and did accept service on behalf of the Providence School Board on December 30, 2003. The case was removed to federal court on January 7, 2004. The Answer was therefore due on January 20, 2004. Counsel contacted Plaintiff's counsel, Mr. Kenneth Haupt, on January 22, 2004, in an attempt to secure his agreement to the above request, but has not yet received a return call.

The Defendant therefore respectfully asks that this Court accept the Answer two

5

days out of time. The Plaintiff, who was served with Answer on January 22, 2004, will suffer no prejudice.

DEFENDANT,

PROVIDENCE SCHOOL BOARD
By its Attorney,

JOSEPH M. FERNANDEZ
CITY SOLICITOR

Sara A. Rapport (#6184)
Senior Assistant City Solicitor
City of Providence
Department of Law
275 Westminster Street, Suite 200
Providence, RI 02903
(401) 421-7740, Ext. 333
(401) 351-7596 (Fax)

**CERTIFICATION**

I hereby certify that on this 23rd day of January, 2004, I mailed a true copy of the foregoing, by regular mail, postage prepaid, to the following person:

Kenneth Haupt, Esquire
DeSisto & Associates, Suite 1010
One Turks Head Place
Providence, RI 02903