UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NELLIE FRANCIS

VS. C.A.NO: O4-04T

PROVIDENCE SCHOOL BOARD

**MOTION BY PLAINTIFF'S COUNSEL FOR LEAVE TO WITHDRAW**

Now comes Counsel for the Plaintiff, Kenneth Haupt, and moves for leave of this Honorable Court to withdraw as counsel in the above entitled matter. As grounds thereon Counsel relies upon the accompanying affidavit.

Respectfully Submitted,

[signature]

Kenneth D. Haupt #5739
Law Office of Stephen J. Dennis
127 Dorrance Street
Providence, R.I. 02903
(401) 453-1355

**CERTIFICATION**

I hereby certify that on the 14th day of April, 2004 I sent a copy of the within motion and accompanying affidavit to Sara Rapport, Esq., City of Providence Law Department, 275 Westminster Street, Providence, RI 02903 and Nellie Francis, 16 Miller Avenue, Providence, RI 02905 by first class mail.

[signature]

8

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NELLIE FRANCIS

VS. C.A.NO: O4-04T

PROVIDENCE SCHOOL BOARD

**AFFIDAVIT OF KENNETH D. HAUPT**

Kenneth D. Haupt, duly sworn, deposes and says:

1. I am counsel of record for the Plaintiff, Nellie Francis.

2. I engaged with negotiations with Counsel for the City of Providence in an effort to compromise this case.

3. Counsel for the City and I agreed upon what was, in my judgment, a fair and reasonable proposal to settle this matter.

4. I communicated the City of Providence's offer to settle to Ms. Francis.

5. Ms. Francis rejected the City's offer.

6. I can no longer effectively represent Ms. Francis as she has demonstrated a consistent unwillingness to accept my advice and counsel.

7. I have discussed this situation with Ms. Francis, and she has informed me that she is seeking new counsel.

8. Ms. Francis is not a member of the armed forces as defined by the Soldiers and Sailors Civil Relief Act of 1940.

Kenneth D. Haupt
Kenneth D, Haupt 4/15/04

Yasmin Ortega 52701
NOTARY PUBLIC 1/15/08
My Commission expires: