**KENNETH D. HAUPT**
**ATTORNEY-AT-LAW**
**127 DORRANCE STREET**
**SUITE 7A, 3RD FLOOR**
**(401) 453-1355**

May 17, 2004

Mr. Ryan B. Jackson
Deputy Clerk
United States District Court
District of Rhode Island
One Exchange Terrace
119 Federal Building and Courthouse
Providence, RI 02903

**Re: Francis v. School Board, CA04-04T**

Dear Mr. Jackson:

This is my certification that Mr. Francis was notified of the pendency of this motion. I am attaching the original "green card" wherein Ms. Francis acknowledged receipt of a copy of the motion on April 19, 2004.

Enclosed you will also find the affidavit you requested. If you need any more information do not hesitate to call.

Sincerely,

Kenneth D. Haupt

9

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NELLIE FRANCIS

VS. C.A.NO: O4-04T

PROVIDENCE SCHOOL BOARD

**AFFIDAVIT OF KENNETH D. HAUPT**

Kenneth D. Haupt, duly sworn, deposes and says:

1. Nellie Francis' last known address is 16 Miller Avenue, Providence, Rhode Island.

2. Ms. Francis is not a member of the military service of the United States as defined in the Soldiers' and Sailors' Civil Relief Act of 1940, as amended by the Service members' Civil Relief Act of 2003.

3. Ms. Francis has been advised that failure to retain substitute counsel will not delay the trial date of this case.

4. Ms. Francis was advised, in writing, of the proposed timetable for this case, including the projected July trial date. Counsel provided her with a copy of the Court's pretrial order.

5. There are no pending motions in this matter.

Kenneth D. Haupt

Yasmin Ortega
NOTARY PUBLIC 50701
exp: 1/15/08