FILED

AUG 04 2004

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NELLIE FRANCIS

VS. C.A.NO: O4-04T

PROVIDENCE SCHOOL BOARD

**RENEWAL OF MOTION BY PLAINTIFF'S COUNSEL FOR LEAVE TO WITHDRAW**

Now comes Counsel for the Plaintiff, Kenneth Haupt, and moves for leave of this Honorable Court to withdraw as counsel in the above entitled matter. As grounds thereon Counsel relies upon the certifications previously filed with the Court in response to its letter of May 5, 2004. Copies of these documents were previously sent to both Plaintiff and Defendant.

Respectfully Submitted,

GRANTED

Ernest C. Torres
Chief, US District Judge
8/31/04

Kenneth D. Haupt #5739
Law Office of Stephen J. Dennis
127 Dorrance Street
Providence, R.I. 02903
(401) 453-1355

**CERTIFICATION**

I hereby certify that on the 2d day of August, 2004 I sent a copy of the within motion to Sara Rapport, Esq., City of Providence Law Department, 275 Westminster Street, Providence, RI 02903 and Nellie Francis, 16 Miller Avenue, Providence, RI 02905 by first class mail.

12