STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

NELLIE FRANCIS

VS.

C.A.NO.: 04-04T

PROVIDENCE SCHOOL BOARD

FILED
JAN 25 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

# PLAINTIFF'S MOTION FOR A CONTINUANCE

Plaintiff, Nelly S. Francis hereby moves this Honorable Court to grant her a Continuance in the matter above.

On Grounds, that Plaintiff's case has not gone into the Discovery face as yet. Plaintiff's first Counsel, Mr. Kenneth Haupt represented her in this matter. Mr. Haupt received an Offer from the Defendants, the offer was related to me, of which I agreed to most part of it but wanted to receive portion of my monies that was illegally taken away from me by the Defendants. After I made the agreement with my counsel, he never ever got back to me to inquire about the situation. Before I agreed to the offer, The Defendants have written a letter threatened me that If I do not accept the offer, The Defendants were going to terminate my position as a Biology Teacher. This was examplified in the Defendant's offer letter as well as the letter written by my own counsel, Mr. Kenneth Haupt. Mr. Haupt did not inquired about my situation concerning the offer, instead he choose to withdraw from my case. I made several calls and wrote letters to him about his decision, he never, ever investigated the Monies portion. This court granted Mr. Haupt to withdraw without allowing a hearing of the issue.

However, I tried to get counsels, but to no avail, because of my financial situation, every counsel that I approached would like to have no less than ten thousand dollars($10, 000.00) for payment, five thousand ($5, 000.00) down payment for representation and the rest for Trial, if any at all.

Plaintiff is requesting this Court to grant her a continuance, while she tries to find another Counsel or if not to represent her self in this matter. Discovery of the issue has not been done in this case, as well as Medical affidavits, alone with depositions and others for this case.

Plaintiff also is requesting this case to consider her financial situations in going forward with this case. Plaintiff will need additional time for discovery, deposition and others for this case.

WHEREFORE, PLAINTIFF PRAY THAT THIS HONOURABLE COURT GRANT HER MOTION FOR CONTINUANCE IN ORDER FOR JUSTICE TO BE SERVED.

DENIED

Ernest C. Torres
Ernest C. Torres
Chief, US District Judge

*Request for 4-6 months Continuance to 2/1/05 Trial Date.

RESPECTFULLY SUBMITTED

Nellye S. FRANCIS
16 Miller Ave
Prov. RI 02905
(401) 461-2918

15

# CERTIFICATION

I Certified that I mailed a Copy of the Within Document to

(1) Sara Rappaport
Asst
275 Westminister Street 2nd fl.
Prov. R.I 02903

On January 25, 2005.

Willie S. Frances
Plaintiff - Pro Se