State of Rhode Island
Providence, SC

Superior Court

Case: 04-04T

Nellie S. Francis
Vs
Providence School Board

Plaintiff's Appeal To
Order of 2/1/05

Plaintiff, Nellie S. Francis hereby moves to file an appeal to the Order of 2/1/05 - Plaintiff's motion for a Continuance.

Respectfully Submitted

[signature]

Nellie S. Francis
16 Miller Ave
Prov. R.I 02905
(401) 461-2918

CERTIFICATION

I hereby Certified that I mailed a true and accurate Copy of the within Appeal to: Sara Rapport, Asst. City Solicitor 275 Westminster St. Prov. RI 02903 On February 7, 2005.

[signature]

16