**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

I, David A. DiMarzio, Clerk of the United States District court for the District of Rhode Island, do hereby certify that the foregoing contains all the original papers in the file dealing with the action or proceedings in which the appeal is taken and includes all the original papers as set forth in the Table of Contents herein.

Witness my hand and the Seal of said Court at Providence in said District, the 7th day of February A.D., 2004.

David A. DiMarzio, CLERK

BY: Dana Fernandes
DEPUTY CLERK

Case No.:CA4-4T Title: Francis v. Prov. School Board

18cc