State of Rhode Island
Providence, SC

~~Superior Court~~ U.S. District Court

CASE: 04-04T

Nellie S. Francis
Vs
Providence School Board

Plaintiff's Motion for a Reconsideration of Order of 2/1/05

Plaintiff, Nellie S. Francis hereby moves this Court to please Re-Consider its Decision of 2/1/05 Order Denying Plaintiff's Motion for a Continuance due to lack of Discovery of this Case.

Respectfully Submitted

Nellie S. Francis
16 Miller Ave, Prov. RI
02905 (401) 461-2918

CERTIFICATION

I hereby certified that I mailed a true and accurate copy of the within motion to Ms. Sara Rapport, Asst. City Solicitor, 275 Westminster Street, Prov. R.I 02903 on February 7, 2005.

Nellie S. Francis

19