State of Rhode Island
Providence, SC

U.S. District Court
~~Superior Court~~ (W)

CASE: 04-04T

FILED
FEB 07 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Nellie S. Francis
Vs
Providence School Board

Plaintiff's Motion for a Reconsideration of Order of 2/1/05

Plaintiff, Nellie S. Francis hereby moves this Court to please Re-Consider its Decision of 2/1/05 Order Denying Plaintiff's Motion for a Continuance due to lack of Discovery of this Case.

DENIED
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
2/9/05

Respectfully Submitted

Nellie S. Francis
16 Miller Ave, Prov. R.I
02905 (401)461-2918

CERTIFICATION

I hereby certified that I mailed a true and accurate copy of the within motion to Ms. Sara Rapport, Asst. City Solicitor, 275 Westminster Street, Prov. R.I 02903 on February 7, 2005.

Nellie S. Francis
Nellie S. Francis

20