**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FILED
FEB 23 2005
U.S. DISTRICT COURT

**NELLIE FRANCIS**

**VS.** **CA 04-04T**

**PROVIDENCE SCHOOL BOARD**

PLAINTIFF"S MOTION FOR VOLUNTARY
! DISMISSAL

The Plaintiff, Nellie S. Francis Move for voluntary dismissal of her appeal filed on February 7, 2005 from an order entered on February 1, 2005 in the Civil Action No: 04-04 T(D.R.I.), because the order appealed from is inter-loctory or does not appear to be an appealable final order, and the matter is still before the Court, due to go to Trial the week of April 4, 2005. in the R.I District Court..

As stated above, Appellant Moved for a voluntary dismissal of this appeal Pursuant to Fed. R. App. P. 42(b).

RESPECTFULLY SUBMITTED

NELLIE S. FRANCIS
16 MILLER AVENUE
PROVIDENCE, R.I. 02905
(401)461-2918

CERTIFICATION

I, HEREBY CERTIFY THAT ON THIS 23rd DAY OF FEBRUARY 2005, I MAILED A TRUE COPY OF THE WITHIN DOCUMENT, BY REGULAR MAIL, PSTAGE PREPAID, TO MS. SARA RAPPORT, 275 WESTMINSTER STREET, SUITE 200 ON FEBRUARY 23, 2005 PROVIDENCE, R.I. 02903.

NELLIE S. FRANCIS