UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

February 23, 2005

Richard Donovan, Clerk
Clerk of the Court
United States Court of Appeals
1602 Post Office and Courthouse
Boston, MA 02109

RE: CA04-04T Nellie Francis v. Providence School Board

Dear Mr Donovan:

Enclosed herewith you will find the SUPPLEMENTAL RECORD ON APPEAL together with a certified copy of the docket entries in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

BY: *Dana Fernandes*
DEPUTY CLERK

encl.: Doc #21 Motion for Voluntary Dismissal

22