STATE OF RHODE ISLAND
PROVIDENCE, SC.

U.S. Federal Court

~~SUPERIOR COURT~~

NELLIE FRANCIS

VS.

C.A.NO.: 04-04T

PROVIDENCE SCHOOL BOARD

# Plaintiff's motion For An Extension For Trial (February 28, 2005

Plaintiff Nellie S. Francis hereby moves this Court for an Extension for Trial for 2-28-2005 to march 25th 05 due to the following:

(a) Plaintiff is bereaved and is travelling to NJ and Maryland for funeral and memorial for her Aunt.

(b) Plaintiff was told on February 17, 05, that trial was to commence on April 4, 05, + because of this, Plaintiff has made other arrangements for her medicals.

(c) Plaintiff does not have any documents (Relevant) for Trial and has requested those Relevant documents.

(d) Plaintiff had No time for Witnesses because of the time scheduled for Trial - 2-28-05.

(e) Since Plaintiff had No discovery done before Trial, 2-28-05, Plaintiff will be prejudice in her case.

(f) Plaintiff needs enough time to be prepared for the trial to have a fair Justice.

(23)

2 04-04T

6) The Time requested is not enough for Preparation for trial but will give plantiff Some lead way.

Respectfully Submitted

[signature]

Wellie S. Frances

Certification

I hereby Served Copy of the within to Ms. Sara Rapport @ 275 Westminster St. Suite 200 by Prov. R.I 02903 Regular, Pre paid post mail on February 24th 2005

[signature]