UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER:CA04-04T** **DATE: February 28, 2005**

**TITLE: Nellie S. Francis v. Providence School Board**

**CHIEF JUDGE ERNEST C. TORRES**

**Courtroom Clerk:** Dana Fernandes

**Court Reporter:** Angela Reynolds

**For Plaintiff:** Nellie Francis (Pro-Se)

**For Defendant:** Sara Rapport, Esq.

---

**PROCEEDINGS:** **<u>JURY TRIAL - DAY I</u>**

Nellie S. Frances (pro-se). Sara Rapport for Defendant. Court addresses re: procedures. Plaintiff addresses, has voice issues, has laryngitis. Jury brought in and sworn. Court addresses jury. Plaintiff makes opening statement, can not continue due to laryngitis. Court excuses jury for the day. 2 exhibits marked for evidence. Plaintiff is directed to seek medical attention for her condition. Plaintiff is to report back to the clerk before the end of business on her condition. She can inform the court that she has received treatment and will continue on or if can't continue Plaintiff needs to supply the court with a medical certificate. Plaintiff provided the court with a medical certificate. Jury excused, this case will be placed on the April trial calendar.

25