**CA 04-04T**

**NELLIE FRANCIS v. PROVIDENCE SCHOOL BOARD**

**Jury seating Chart**

| | | | |
|---|---|---|---|
| 5) Diane Lamontagne | 6) Ronald Robertus | 7) Albert Loffredo | 8) Paula Creamer |
| 1) Heather Darrow | 2) Peter Hunt | 3) Mark Schielprop | 4) Frank Puglia |

26