**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

NELLIE FRANCIS

VS. CA 04-04T

PROVIDENCE SCHOOL BOARD

**MOTION TO FILE MOTION FOR SUMMARY JUDGMENT**

Defendant Providence School Board hereby requests that this Court grant it permission to move for summary judgment pursuant to Federal Rule of Civil Procedure 56 and the local rules. In support of this Motion, counsel for Defendant states as follows:

(1) The Defendant removed this matter from state to federal court in January 2004.

(2) The Court issued a Pretrial Order dated 11 March 2004.

(3) Counsel for the Plaintiff filed a motion seeking to withdraw on or about 19 April 2004.

(4) Counsel for the Plaintiff refilled the motion seeking to withdraw on or about 4 August 2004, and this Court granted such motion on 31 August 2004.

(5) A summary judgment proceeding would narrow and perhaps eliminate the issues for trial.

(6) Defendant therefore seeks relief from paragraph 4 of the March 2004 Pretrial Order, and seeks to file such Motion for Summary Judgment after the "closure date" of 15 May 2004, set forth in the Order.

27

(7) Defendant also seeks relief from paragraph 8 of the March 2004 Pretrial Order, and seeks to file such Motion without first conferring with the Court and opposing counsel, which in this instance is the plaintiff herself.

(8) Defendant seeks to file such Motion for Summary Judgment on or before 15 March 2005.

Dated: 1 March 2005

Respectfully submitted,

Sara A. Rapport # 6184
City of Providence Law Department
275 Westminster Street, Suite 200
Providence, RI 02903
(401) 421-7740, Ext. 385
(401) 351-7596 (Facsimile)

## CERTIFICATION

I hereby certify that I mailed a copy of the within Motion by U.S. mail, postage prepaid, to Ms. Nellis S. Francis, 16 Miller Avenue, Providence, Rhode Island 02905 on 1 March 2005.

Sara A. Rapport