UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

February 23, 2005

RECEIVED
MAR 03 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Richard Donovan, Clerk
Clerk of the Court
United States Court of Appeals
1602 Post Office and Courthouse
Boston, MA 02109

RE: CA04-04T Nellie Francis v. Providence School Board

Dear Mr Donovan:

Enclosed herewith you will find the SUPPLEMENTAL RECORD ON APPEAL together with a certified copy of the docket entries in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

BY: *Dana Fernandes*
DEPUTY CLERK

encl.: Doc #21 Motion for Voluntary Dismissal

M. Pueschel

05 - 1200

29

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

APPEAL COVER SHEET

FILED
MAR 03 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

1. D.C.#:CA04-04T C.A.# 05-1200

2. TITLE OF CASE: Nellie S. Francis v. Providence School Board

3. NAME & ADDRESS OF COUNSEL FOR APPELLANT(S):

**See attached docket**

4. NAME & ADDRESS OF COUNSEL FOR APPELLEE(S):

**See attached docket**

5. NAME OF JUDGE: Ernest C. Torres

| | | | |
|---|---|---|---|
| 6. | COURT-APPOINTED COUNSEL | ___ YES | _____NO |
| 7. | FEE PAID | ____ YES<br>RECEIPT # | _____NO |
| 8. | IN FORMA PAUPERIS ** see below | _____YES | _____NO |
| 9 | RELATED CASE ON APPEAL | ______YES | _____NO |
| | C.C.A. # (IF AVAILABLE) | __________ | |
| | DATE OF LAST N.O.F.A. FILED | __________ | |

10 SPECIAL COMMENTS: **Application to Proceed In Forma Pauperis pending

ENCLOSED PLEASE FIND THE ORIGINAL PLEADING FILE AS WELL AS CERTIFIED COPY OF THE DOCKET SHEET

Susan Pedrazza
05-1200
2-10-05