UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

NELLIE FRANCIS

v. C.A. No. 04-04-T

PROVIDENCE SCHOOL BOARD

**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**

On February 28, 2005, the Court granted Defendant Providence School Board ("School Board") permission to file a motion for summary judgment on or before March 14, 2005. The School Board has now moved for leave to file a motion for summary judgment, which the Court will treat as a motion to extend the time for filing a motion for summary judgment. The motion for an extension of time is granted. The School Board may file its motion for summary judgment no later than March 25, 2005. No further extensions will be granted.

The Plaintiff shall file her response to the motion for summary judgment within fourteen days after the motion for summary judgment is filed.

IT IS SO ORDERED.

Ernest C Torres

Ernest C. Torres

Date: March 15, 2005

30