MANDATE

04-00004
USDC RI
J. Ernest C. Torres

# United States Court of Appeals
## For the First Circuit

No.05-1200

NELLIE FRANCIS,

Plaintiff - Appellant,

v.

PROVIDENCE SCHOOL BOARD,

Defendant - Appellee.

**JUDGMENT**
**Entered: March 14, 2005**

Upon consideration of appellant's unopposed motion,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:

Richard Cushing Donovan, Clerk

MARGARET CARTER
By____________________
Chief Deputy Clerk

**Certified and Issued as Mandate under Fed. R. App. R 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** 3/14/05

[cc: Nellie Francis, Sara Rapport, Esq.]

31