**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

NELLIE FRANCIS

v. CA 04-04T

PROVIDENCE SCHOOL BOARD

**AFFIDAVIT OF DEBRA DECARLO IN SUPPORT OF MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

I, Debra DeCarlo, hereby attest as follows:

(1) I have been employed by the Providence School Department ("Department") for 27 years.

(2) I currently serve as the Chief of Operations for the Department and report to Superintendent Melody A. Johnson, Ph.D.

(3) I have held the position of Chief of Operations since July 1, 2004, prior to which I served as Principal of Central High School for 4 years, from 2000 to 2004.

(4) I am familiar with the document, dated June 4, 2002, and attached hereto as Exhibit A, in which Christopher F. Huntington, MD, states about former biology teacher Ms. Nellie Francis that: "She should be allowed to arrive at approximately 30 minutes after the initial opening time."

(5) I know that the Department did not permit Ms. Francis to arrive 30 minutes late every day.

(6) I support the Department's decision: prompt arrival is an essential function of any high school teaching position, particularly in a district such as Providence, with a significant student teacher ratio.

(7) The collective bargaining agreement between the Providence Teachers Union and the Department reflects the importance of regular timely arrival. At the time of Dr. Huntington's letter, the collective bargaining agreement provided, in relevant part, that high school teachers were "required to be in attendance" at their schools from 8:15 a.m. to 2:45 p.m. I have attached that portion of the contract hereto as Exhibit B

34

unable to perform their duties effectively or in the best interests of all the students. We would have been regularly short-staffed.

(14) In addition, students would not have been afforded the opportunity to consult with Ms. Francis, to make up missed work or seek clarification of assigned work, had Ms. Francis arrived late to school.

(15) Finally, Ms. Francis would not have the opportunity to be prepared to teach her class if she were not present before the classes arrived.

(16) I swear under the pains and penalties of perjury that the foregoing statement is true and correct to the best of my memory, knowledge, information, and belief.

Dated: 14th March 2005

Annette Stenner
9/18/2006
50403

Debra DeCarlo
Chief of Operations

# THE ORTHOPAEDIC INSTITUTE

CHRISTOPHER F. HUNTINGTON, M.D.
ORTHOPAEDIC SURGERY

June 4, 2002

JUN 14 2001

Jose M. Gonzalez, Ed. D.
797 Westminster Street
Providence, RI 02903-4045

RE: NELLIE S. FRANCIS

Dear Mr. Gonzalez:

Nellie is cleared to return to work with the following limitations on her activities: no lifting over 10 pounds, no bending and no prolonged sitting as specified on 11/13/01 previously. She should be allowed to arrive at work approximately 30 minutes after the initial opening time. She should, however, be able to leave at her regular end-of-day time. She should be provided an assistant whenever any lifting or bending will be required.

If you have any further questions, please feel free to contact me.

Sincerely,

Christopher F. Huntington, MD

CFH/dg

The Orthopaedic Institute, Inc.
955 Chalkstone Avenue, Providence, Rhode Island 02908
Tel. 401.272.9500 Fax 401.272.9540

B

**September 1, 2001 - August 31, 2004**

# AGREEMENT

**Between the**

**Providence Teachers Union, AFT Local 958**

**and the**

**Providence School Board**

ptu PROVIDENCE TEACHERS UNION AFT AFL•CIO

for the next school year. Teachers shall indicate on their programming preference sheets that are returned by March 15 of each year whether they wish to teach during their unassigned period during the subsequent school year; and

2. On a rotating basis beginning with the most senior teacher in the system-wide area of certification seniority in the department certification area in the school who has indicated on his/her preference sheet that he/she wishes to teach during his/her unassigned period shall be given the teaching assignment; and

3. No teacher assigned a teaching period during his/her unassigned period shall again be assigned to teach during his/her unassigned period until all of the teachers in the department certification area have taught at least one (1) full semester of a school year during their unassigned periods unless a teacher(s) refuses the opportunity to do so in writing; and a record shall be kept showing same; and

4. A teacher assigned to teach during his/her unassigned period shall be paid additional monies at the rate of one-fifth (1/5) of his/her daily rate for each day he/she is programmed to teach during his/her unassigned period and shall receive said additional monies when he/she is on paid leave, except for sabbatical leave under Article 5, Section 4, which occurs only on those days he/she is programmed to teach during his/her unassigned period; and

5. No teacher teaching during his/her unassigned period shall receive more than one (1) year of system-wide area of certification seniority (SWACS) in any school year pursuant to Article 2; and

6. No part-time teacher is available.

7. The Union is notified of each 6th period assignment prior to the start of each assignment.

**8-5 Length of the School Year and Day**

**8-5.1** The 2001/2002, 2002/2003 and 2003/2004 school years shall be 182 days.

The 2001/2002, 2002/2003 and 2003/2004 teacher work years shall be 187 days. Students shall be in attendance for 182 days. There shall be one (1) day of teacher orientation which shall be the day preceding the opening of schools. There shall be three and one-half days (3.5) to be used for staff development and the equivalent of one-half day (.5) to be used for one (1) evening meeting devoted to parent/teacher conferences.

Effective the 2002/2003 and 2003/2004 school years, teachers shall be paid at a daily rate of 1/187 of their salary as set forth in Appendix A.

For 230 day teachers, attendance at the three and one-half (3.5) days of professional development is voluntary while attendance is mandatory for the equivalent of one-half (.5) day to be used for the one (1) parent/teacher conference.

The intent and application of this section as to the 2001/2002, 2002/2003 and 2003/2004 school years shall be such that teachers shall be paid their salaries as set forth in Appendix A.

**8-5.2** The 2001-2002 and 2002-2003 school day defined shall remain as described in Article 8-5.2 of the July 1, 1999 – August 31, 2001 Agreement.

Effective with the first work day of the 2003/2004 school year teachers will be required to be in attendance in their respective schools during the school day in accordance with the following time schedule:

## WORK DAY DEFINED (TEACHERS)

**Elementary Schools - 9:00 a.m. to 3:00 p.m.**

Asa Messer
Broad Street
Carl G. Lauro (8:00 - 2:00)
Edmund W. Flynn Annex
Cornel Young Jr.
Fortes (8:00 - 2:00)
George J. West
Laurel Hill Annex
Martin Luther King
Mary E. Fogarty
Reservoir Avenue
Sackett Street
Veazie Street
Webster Avenue
Windmill Street
Asa Messer Annex
Harry Kizirian
Edmund W. Flynn
Charlotte Woods
Robert Bailey
Vartan Gregorian
Laurel Hill Avenue
Lima (8:00 - 2:00)
Windmill Street Annex
Pleasant View (8:30 – 2:30)
Robert F. Kennedy
Carnevale
West Broadway
William D'Abate
Fortes/Lima Annex (8:00 - 2:00)

**Middle Schools - 8:00 a.m. to 2:30 p.m.**

Esek Hopkins
Roger Williams
Springfield I
Times[2]
Nathanael Greene
Oliver Hazard Perry
Samuel W. Bridgham
Gilbert Stuart
Nathan Bishop
DelSesto

**Senior High Schools - 8:15 a.m. - 2:45 p.m.**

Mt. Pleasant
Classical
Occupational Ed Program
Birch Vocational Program
Providence Mall Academy
PAIS
Health & Science Technology Academy
Central/Hanley
Hope
Chamber
ALP
Feinstein

## SCHOOL DAY DEFINED (STUDENTS)

**Elementary Schools - 9:05 a.m. to 2:50 p.m.**

Asa Messer
Broad Street
Carl G. Lauro (8:05 - 1:50)
Edmund W. Flynn Annex
Cornel Young Jr.
Fortes (8:05 - 1:50)
George J. West
Laurel Hill Annex
Martin Luther King
Mary E. Fogarty
Reservoir Avenue
Sackett Street
Veazie Street
Webster Avenue
Windmill Street
Asa Messer Annex
Harry Kizirian
Edmund W. Flynn
Charlotte Woods
Robert Bailey
Vartan Gregorian
Laurel Hill Avenue
Lima (8:05 - 1:50)
Windmill Street Annex
Pleasant View (8:35 – 2:20)
Robert F. Kennedy
Carnevale
West Broadway
William D'Abate
Fortes/Lima Annex (8:05 - 1:50)