**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**NELLIE FRANCIS**

**v.**

**CA 04-04T**

**PROVIDENCE SCHOOL BOARD**

**PLAINTIFF'S MOTION TO ENLARGE TIME AND NUMBER OF PAGES IN FILING RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to federal rule of civil procedure 56, plaintiff, Nellie S. Francis, ask that this court permit the plaintiff to file her response (6) six days beyond the required deadline of April 6, 2005 on April 14, 2005. In addition, plaintiff ask that this court accept a response pleading of no more than (20) twenty pages, instead of the ten (10) initially required.

In support of this motion, plaintiff Avers that H seeks to clarify and correct the record, as conveyed by the defendants, and that such effect has proved more time consuming than predicted.

Defendants have alleged the termination of plaintiff whereas; counsel John DeSimone and his low effect on my complaint are representing the termination of my biology position. My termination case will be heard on April 4, 2005 at the providence school board and plaintiff will be fully represented by a counsel – DeSimone and not acting as a prose. Plaintiff termination case as defendants Worded it was that that plaintiff abandoned her job, as a result, this termination case was heard by the R.I unemployment, and found that the defendants illegally terminated me and that plaintiff did nothing wrong, therefore, unemployment benefits were allowed for me.

Defendants have devoted considerable time and effort in alleging wrong, bias and prejudicial allegations that were all settled on September 26, 2002 upon my return to central high school.

Wherefore, plaintiff prays that this court grant plaintiff the 6 days and about the 20 pages requested for.

35

RESPECTFULLY SUBMITTED:

NELLIE S. FRANCIS
PLANTIFF PRO-SE SE.
16 MILLER AVENUE
PROVIDENCE, R.I. 02905
(401)461-2918

**CERTIFICATION**

I hereby certify that I mailed a copy of the within ***Motion*** On March. 23, 05
Sara A. Rapport
Senior Assistant City Solicitor

275 Westminster Street, Suite 200

Providence, Rhode Island 02903-1845

NELLIE FRANCIS