UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NELLIE FRANCIS

v. CA 04-04T

PROVIDENCE SCHOOL BOARD

PLAINTIFF"S MOTION FOR AN ORDER TO SUPOENA PLAINTIFF"S MEDICAL RECORDS.

PLAINTIFF, Nellie S. Francis hereby file this Motion to request this Court for an order to supoena her mdical records from her Doctors that treated her when she was injured on 5th October 1998.

During the Trial Febrayary 28, 2005, Other Medical Records were supoena but others were not due to Clerk request for an order..

Plaintiff need to supoena Medical records from Dr. Robert Miller and Doctor Lawrence Lee. Other Medical Doctors as Dr. Hintinton, Dr. Poalino, Psy, Hession, Howard Health, and others have been supona.

Plaintiff is requesting this Court to grant an Order for supoena of her Medical records.

RESPECTFULLY SUBMITTED:

NELLIE S. FRANCIS
PLANTIFF PRO-SE SE.
16 MILLER AVENUE
PROVIDENCE, R.I. 02905
(401)461-2918

CERTIFICATION

I hereby certify that I mailed a copy of the within Motion on March 24, 2005

Sara A. Rapport
Senior Assistant City Solicitor
275 Westminster Street, Suite 200
Providence, Rhode Island 02903-1845

NELLIE FRANCIS

36