**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**NELLIE FRANCIS**

**v.** **CA 04-04T**

**PROVIDENCE SCHOOL BOARD**

PLAINTIFF"S OBJECTION TO DEFENDANTS" SUMMARY JUDGMENT ON THE ISSUE OF PLAINTIFF" ILLEGAL TERMINATION OF HER BIOLOGY TEACHING POSION BY ~~DEFENDNATS TO BE INCLUDED AS PART OF DEFENDANTS" SUMMARY JUDGMENT~~

Plaintiff, Nellie S. Francis hereby file this motion in objection to Defendants Inclsion of Plaintiff's illegal termination of her teaching Biology Position. to be part of Defendants' Summary Judgment.

In support of this objection, Plaintiff states that Her illegal Termination of her Biology Teaching Position is a separate case, that is still before the Providence School Boad, and is now appealed, and will will be forwarded to the State Courts for redress. This Tllegal Termination Case is being Represented by a Legal Counsel, Mr. John Desimmone and should not be part of Defendants's Motion for Summary Judgment..

The Case that is before this Court is the Accommodation(Reasobale) for Plaintiff to be able to do her enssential duties with or without a Reasonable Accoomodation. Discrimination against the Disable (504). Plaintiff is requesting this Court NOT TO INCLU Include In its Judgment the sole issue of Plaintiff's Illegal Termination case, because this Illegal Termination case is being Represented by a Legal Counsel and is not presently before this court.. Plaintiff is not represented by herself in the Illegal Termination case by Defendants, instead by Counsel John Desimmone, therefore, this Court shoul not considered this issue as part of the Summary Judgment.

Plaintiff is requesting a Hearing before this Court to establish this issue that is before tihis court THAT IS NOT THE ILLEGAL TERMINATION BIOLOGY TEACHING POSITION.. THIS IS A LEGAL SEPARATE CASE THAT IS GOING THORUGH THE LEGAL AND PRELIMINARY PROCEDURES BEFORE HEADING TO STATE COURTS,. A HEARING IS NECESSARY IN ORDER TO FIND OUT WHAT IS BEFORE THIS COURT OR NOT. DEFENDANTS IS TRYING TO FORCEFULLY AND ILLEGALLY INCLUDE MATTERS THAT IS NOT BEFORE THIS COURT. to be heard as a Summary Judgment Issue.

Plaintiff was given the "Right to Sue" from the Human Rights Commission on her discrimination Case of a Reasonable accommodation and Not her Illegal Termination of her Biology Position

37

RESPECTFULLY SUBMITTED:

NELLIE S. FRANCIS
PLANTIFF PRO-SE.
16 MILLER AVENUE
PROVIDENCE, R.I. 02905
(401)461-2918

## CERTIFICATION

I hereby certify that I mailed a copy of the within Motion on March 24, 2005
Sara A. Rapport
Senior Assistant City Solicitor
275 Westminster Street, Suite 200
Providence, Rhode Island 02903-1845

NELLIE FRANCIS