**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**NELLIE FRANCIS**

**VS.** **CA 04-04T**

**PROVIDENCE SCHOOL BOARD**

PLAINTIFF'S MOTION TO ADD (22) MORE PAGES TO EXHIBITS IN FILING RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT.

Pursuant to rule of Civil Procedure 56, Plaintiff Nellie S. Francis, asks that this Court permit Plaintiff to file (22) more pages in Exhibits in addition to the (20) pages of Exhibits initially required by General Order #2002-01.

In support of this Motion, Plaintiff avers that she seeks to clarified and correct the record, as conveyed by Defendants, and needed these (220 pages as exhibits to show the truth in this case.

Defendants have devoted considerable time and effort in alleging wrong, bias and prejudicial allegations that were all settled on september 26, 2002 upon my return to my job at Central High School, without a Reasonable Accommondation.

After, this Court granted Plaintiff an additonal (10) ten pages 3-29-05 instead of the ten(10) pages initially required for her Opposition to defenants' Motion for Summary Judgment, it is necessary and relavant for Plaintiff to request this additional (22) pages, inorder to show the truth to her disputed facts, as well as to her Opposition to Defendants' motion for Summary Judgment.
plaintiff needs these added (22) pages of exhibit to dispict the actual relavant facts to this action. * Plaintiff's opposition is due April 13, 2005.

WHEREFORE, Plaintiff prays that htis Court grant her these additional (22) pages of Exhibits requested for.

RESPECTFULLY SUBMITTED:
[signature]
NELLIE S. FRANCIS
PLANTIFF PRO-SE.
16 MILLER AVENUE
PROVIDENCE, R.I. 02905
(401)461-2918

39

RESPECTFULLY SUBMITTED:

NELLIE S. FRANCIS
PLANTIFF PRO-SE SE.
16 MILLER AVENUE
PROVIDENCE, R.I. 02905
(401)461-2918

**CERTIFICATION**

I hereby certify that I mailed a copy of the within MotionS, on April 9, 2005 to
Sara A. Rapport
Senior Assistant City Solicitor

275 Westminster Street, Suite 200

Providence, Rhode Island 02903-1845