AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

DISTRICT OF

Nellie S. Francis

V.

Providence School Committee et al

## SUBPOENA IN A CIVIL CASE

Case Number:[1] 04-04T

TO: Keeper of Records
Orthopaedic Institute INC
955 Chalkstone Avenue
Prov RI 02908

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Plaintiff, Nellie S. Francis' Medical Records for 1999 – present time

| PLACE | DATE AND TIME |
|---|---|
| Nellie S. Francis, 16 Miller Ave, Prov. RI 02905 | ~~2-28-05~~ 3/11/05 @ ~~10:30 AM~~ 8 Am |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Francis P McCabe, Deputy Clerk | 2/25/05 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

42

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 2-25-05 | 955 Charleston Ave<br>Prov, RI 02908<br>Orthopedic Inst. |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| D | Hand delivered |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Lionel Bulgin | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 2-25-05
DATE

x Lionel Bulgin
SIGNATURE OF SERVER

ADDRESS OF SERVER
x 114 miller ave

FILED
2005 APR 13 P 3:09
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND