AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

DISTRICT OF

Nellie S. Francis

v.

Providence School Committee et al

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 04-04T

TO: Keeper of Records
RI Commissioner for Human Rights
180 West Minister Street
Prov. RI 02903

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Exhibit "A"

| PLACE | DATE AND TIME |
|---|---|
| Nellie S. Francis<br>16 Miller Ave<br>Prov. RI 02905 | 2-28-05<br>~~3/11/05~~ @ ~~8~~ 8:30 AM |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Frances C McCabe, Deputy Clerk | 2/25/05 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

43

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 2-25-05 | 180 Westminster Street 3rd floor Human Rights Commission Office |

SERVED ON (PRINT NAME): Cynthia H

MANNER OF SERVICE: Hand Delivered

SERVED BY (PRINT NAME): Bendu Massaquoi

TITLE:

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 2-25-05
DATE

Bendu Massaquoi
SIGNATURE OF SERVER

ADDRESS OF SERVER

FILED
2005 APR 13 P 3:09
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**Exhibit A**

1. Any and all complaints and/or charges of discrimination filed by City of Providence School Department employees relating to disability-based discrimination, including, but not limited to complaints relating to accommodation requests, from 1993 to the present.

2. Any and all Documents that were Produced to your office - Human Rts Commission In Regards to the Case No: 02EPD 199-06/06 EEOC No. 16JA200089

3. Any and all Relevant materials, documents to the Case Above, as well as Witness Statement

4. Any and all Written Statements From Providence School Committee et all pertaining to the Adult Accommondations Committee's Chair and or members Outlining Exactly what was discussed and decided on In Regards to Complaint's Request For accommondation.

5) All plaintiff, Nellie S. Francis' Accommondations applications, the (5) Denial letter of Such accommondation to plaintiff-Francis.

3A: Any and all Relevant materials, documents As to accommodations to the Case No: 02 EPD 199-06/06 EEOC No. 16JA200089 from 2002 to the present time. Also, Documents Relating to The accommondation complaint of plaintiff Nellie S. Francis, as well as the Recent Documents.