AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

DISTRICT OF

Nellie S. Francis

V.

Providence School Committee et al

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 04-04T

TO: MRS. Donna Mangion
School Nurse @ Hope High School
324 Hope Street
Prov. RI 02906

☒ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| To testify to the Work-Related Injury Sustained by Ms. Nellie S. Francis (Grounds) On October 5, 1998 @ Hope High School. | #3 |
| | DATE AND TIME<br>3-14-05 @ 930 Am |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): Medical Records and Accident Report written by you On October 5, 9, 8 1998, Pertaining to the Work Injury of Nellie S. Francis (Grounds) @ Hope High School, 324 Hope St. Prov, RI 02906

| PLACE | DATE AND TIME |
|---|---|
| Nellie S. Francis 16 Miller Ave, Prov. R.I 02905 / Bring it with you @ Testimony | 3-14-05 3/14/05 @ 9:30 Am |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Francis (?) McEaly, Deputy Clerk | 2/25/05 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

44

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | Hope High School (324 Hope St. Prov. RI 02906) |

Donna Mannion (Hope High Sch. nurse) — In Person

SERVED ON (PRINT NAME) — MANNER OF SERVICE

Lionel Bulgin

SERVED BY (PRINT NAME) — TITLE

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on March 1, 2005 — Lionel Bulgin

DATE — SIGNATURE OF SERVER

ADDRESS OF SERVER

114 miller ave

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND
2005 APR 13 P 3:08
FILED