AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

DISTRICT OF

Nellie S. Francis

V.

Providence School Committee et al

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 04-04T

TO: Keeper of Records
Providence School Dept
797 Westminster Street
Providence, RI 02908

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Exhibit "A"

| PLACE | DATE AND TIME |
|---|---|
| Nellie S. Francis, [illegible] Ave, Prov RI 02905 | 3/11/05 @ 10:30AM |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Susan McCabe Deputy Clerk | 2/25/05 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

45

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 2-25-05 | 180 Westminster Street 3rd floor Human Rights Commission Office |

SERVED ON (PRINT NAME): Cynthia H

MANNER OF SERVICE: Hand Delivered

SERVED BY (PRINT NAME): Bendu Massaquoi

TITLE:

## DECLARATION OF SERVER

**I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.**

**Executed on** 2-25-05
DATE

Bendu Massaquoi
SIGNATURE OF SERVER

ADDRESS OF SERVER

...ITED

**Exhibit A**

1. Any and all complaints and/or charges of discrimination filed by City of Providence School Department employees relating to disability-based discrimination, including, but not limited to complaints relating to accommodation requests, from 1993 to the present.

1. A copy of the Collective Bargaining Agreement,
2. Copy of Providence school Board's policies concerning the American with Disabilities Act,
3. Written statements from the Adult Accommodations Committee's chair and/or members outlining exactly what was discussed and decided on in regards to complainant's request for accommodations,
4. Formal job description for Complainant's position,
5. Workforce profile for Central High School including but not limited to name, date of hire, known disability, position held,
6. A list of all employees granted reasonable accommodations and the accommodations that were granted,
7. A copy of the Employee handbook,
8. Any all documents, evidence, witnesses or witness statements you may wish to provide to the Commission in your defense.
9. Plaintiff, Nellie S. Francis' Accomondation Application
10. Denial of Plaintiff, Nellie S. Francis' Accommondation Application.
11. Any or other Denial letter or memorandum of Plaintiff, Nellie S. Francis' grant of accommondation from 2000 to 2004.
12. Any or other Deduction of Plaintiff; Nellie S. Francis' Salary, pertaining to her Sick Time - Work Related Injury - on November 14, 02, October 16, 02, December '02, January 03 and March 03.
13. Any or other Salary deduction from Plaintiff, Nellie S Francis, pertaing to her Sick time - Work Related Injury from September 02 to March 03.