UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NELLIE FRANCIS

v. CA 04-04T

PROVIDENCE SCHOOL BOARD

AFFIDAVIT OF NELLIE S. FRANCIS IN SUPPORT OF MEMORANDUM IN SUPPORT OF HER OPPOSITION TO DEFENDANTS 'MOTION FOR SUMMARY JUDGEMENT

I, NEllie S. Francis, hereby attest as follows:

1) I was employedby theProvidence School Department("Department") a High School Biology Teacher in November of 1995

2) I am a Qualified Biology Teacher and has earned a Master Degree credits over 30 Master degree equavalent Biology 400 level Courses from the Universities of Rhode Island and Rhode Island College respectively.

3) I am a Qualified, and Certified Endorsed ESL Teacher.

4) I am a Registered License Practical Nurse

49

5) On October 5th, 1998, I was pushed down the (1.. n) stairs of hope High School by three students, as a result of this fall, I injured my left side, left hip left leg, causing me to be diagnosed of Herniated Nucleus pulposis and lumbar spine, left Trochanteric bursitis.
I was medically excused from Work, but I requested to return and complete the un-done work, with caution and care. After two days of medical rest and care, i returned on October 7th, 1998, and was again back pushed by my class while going to the Library, which aggravated my exsiting injury of October 5th, 1998 with diagnosis of:

CERVICAL SPINAL STENOSIS, RHOMBOID MYOFACIAL WITH CERVICAL DISC HERNIATION WITH ROOT AND CORD COMRESSION Exhibits 1 A, 2 & 9A

6) I was on a medical leave for over four(4) years, Until I was cleared to work by my doctors in June 2000, when I was denied of a returned by Defendants, based on my medical Excuses of Restrictions. Exhibit " "

7) In April 2002, prior to returining to work, I submitted a request for reasonable accommondation and was denied by Defendants. Exhibit " "

8 )OnApril __,2002, prior to returing to work, I again submitted an Accommodation Request Form, "dated April 5th 2002. Exhibit " "

9) Plaintiff's response to letter of ______________ Exhibit

-3

10) A Letter written by Plaintiff's Doctor,Huntington,dated July 2, 2002, Exhibit " ", WHICH WAS AMENDED BY A MEDICAL EXCUSE DATED AUGUST 22, 2002, EXHIBIT "2" WHICH WAS FULLY ACCEPTED BY DEFENDDANTS, AS A RESULT, LED TO THE RETURNED OF PLAINTIFF TO THE WORK PLACE WITHOUT ANY OBJECTION NOTED BY DEFENDANTS.

11) Defendants' Denial letter to grant a Reasonable Accommondation dated October 22, 2002. Exhibit " "

12) I returned to work at Central High School on September 26, 2002, with the acceptance of my medical excuse. please see Exhibit "2

13) In October 2002, I filed more than five Grievances with the Providence Teachers union about the Non-support recieved by the Defendants, as well the Disciplinary problems I was encountering from the students. Exhibit " "

14) In Novemeber and December, 2002, I again filed more than five gievances with the Providence Teachers Union(PTU) about the constant ignorance of the non-support,Diciplinary problems, and other aggrieved problems, that were not solved by Defendants. Exhibit" "

15) I was RE-INJURED MORE THAN THREE TIMES, FOR FAILURE OF DEFENDANTS TO REASONABLY ACCOMMONDATE ME. Exhibit "14A

16) On November 14, 2002, I was assaulted by student Johnathan Garcia of my first Period Class. Exhibit "14A (medical Excuse)

17) On March 4th, 2003, I was again assaulted by sthe same student Johnathan Garcia of my first period class, who came into my sixth(6th)period class to disrupt, disturbed and injured me. Exhibit " 1"3

18) On November 14 2002 and March 4th, 2003 pertaining to the two assaaults on me by this student, Garcia, Defendants did nothing about it. Did not Discipline Student Garcia, Instead, Defendants Suspended me, made Student Garcia's Mother to file Criminal Charges against me, and at the Same time Terminated me for No Cause. Defendants made me undergo a lot of Sufferings from the (2) Two assaults on me by this Student-Garcia.

21) On March 5, 2003, Defendant Decarlo encouraged student Garcia's mother Blanca Garcia and student Garcia to filed criminal charges against me, in RE-TALIATION FOR MY SEXUAL DISCRIMINATION COMPLAINT AGAINST MS. DEBRA DECARLO-PRINCIPAL OF CENTRAL HIGH SCHOOL.

22) On March 5, 2003, Defendants placed me on Paid Administrative Leave, without further Investigation, for alledgely and falsely pushing student Johnathan Garcia. Defendants did not or never took any Action against Student Garcia for assulting me, but rather took action against me while still in posession of my Disciplanary Referral form, Please see Exhibit " 13 .

23) on June 24 2003, I went to Trial at the Providence Disrtict Court and after hearing all of the arguments, Witnesses testimonies, I WAS FOUND NOT GUILTY BY THE JUDGE. EXHIBIT " "

19) On February 27,2002, filed a Sexual discrimination complaint against the Defendants to the Providence human Rights Commission Exhbit" " and a Charge was filed against the Defendants On May 2003. The sexual discrimination complaint was especially against Ms. Debra Decarlo-Principal of Central High School

20) On Febraury 27, 2003, I was treated for Stress-Work Related injuries, by Dr. James Gallo. Dr. Thomas paolino, Jr. , Psychiatry Phychologist, Lorrane hession and Graden City Treatment Center. from February 27, 2003 to the Presnet time. for stress-Work-Related Disease. Exhibits 14A, 15E, 9 15F

24) On March 5, 2003, I was Suspended from work for an alldged assault on student Garcia.

Defendants office

25. On April___2003, my suspension from work was ended, but I was to report to the Main office/on 797 Westminster Street for work, instead of going back to the class room to teach Exhibit " "

26)On August 27 2003, My Counsel, Mr. Stephen Dennis filed a stressed worked related case with the Providence Workers Compensation Court. Exhibit "4"

27) From March 5, 2003 to the present time, I was placed on medical excuse leave for Both for Personal injuries sustained at work by student Garcia , as well as Stressed-Work Related, by both my doctors, Huntington and Gallo., respectively.ExhibitS 9A & 14A, 9

28) On August 20, 2003, Defendants wrote me to return to work,/while I was still under medical care and was medically excused from work, My response. Exhibits " 9 "& Exhibit "5A

29) On September 11, 2003, I did not return to work due to my medical excuses from work. and my response. please See Exhibits "4" & 9A, 9 & 14A

30) My reponse to Defendants' letter of April 29, 2004, in Which Deendants directed me to return to work, in irrespect to my Medical Excuse. Exhibit "5" A I was to report to work on May 10, 2004, while Defendants had in its posssession my medical Excuse of May 4 2004, Excusing me from work till June 10, 2004. Exhibit "9"

31) My response to Defenants' May 4, 2004, ignoring my April 29th 2004 response of me being legally and medically excuse from work. Exhibit "5"A, & 9

32) On May 10, 2004, I returned to work in Extreme pain, at the Harrison Street School, which I was assigned. I was still under medical treatment and was ill in irrespect of my medical excuse not to return to woek until JUNE 10, 2004. The principal at the School even acknowledged my ill appearance, until he called the School Nurse who then treated me and stated that I was dehydrated and called the Ambulance, which took me to the R.I., Hospital for treatment. Exhibit 10, & 9

33) On May 10, 2004, I was hospitalized/at the R.I. Hospital, for four(4) days after my transport by the Ambulance from work at the Harrison Street School Exhibit "10"

34) Despite my hospitalization of being ill, Despite my Medical excuses in Defendants' possession, despite my various communications of medical excuses from work, Defendants, criminally did recommend to the board and the Providence Superintendent that my employment with the Department be terminated, because of the alledged failing/refusing to report to work. my

responses and Exhibits " 4, 5A, 9, 9A, 10, 14A & 15F

35)On May 24, 2004, my counsel appealed my wrongful termination done by Defendants. Exhibit " 16

36)On June 21, 2004, my counsel Appealed the wrongful termination of Plaintiff by Defendants. Exhibit " 16

37)On 10/26/ 2005, The R.I Unemployment granted benefits to me for the Wrongful termination of me done by the Defendants. Exhibit " "

38) On May / June 2003, Defendants wilfully and wontonly threw away all of my school Materials from the Class room without any advance notice to me., as well as stole all of me School materials from my class room.

39) Defendants Exhibits 10 7 11, as mentioned as Very Important is not of of any imp0ortance to this Action, in in that Exhibit 10 was replaced by plaintiff's Exhibit , dated August 22, 2002, which enable Plaintiff

to return to work on September 26, 2002, with all of the Teachers' contract in forced, that plaintiff met, and and did perform the essential function of her job, by going to work at the required time and leaving at the the required time as per the Collective bargaining Agreement between the Defendants and the Pro -

vidence Teachers' Union. Defendants Exhibit 11, is of no relevance to this Action, because upon my

returned to work on September 26, 2002, All Collective Bargaining Agreement Between the Defendants and and the Providence Teachers' Union was followed as per the Agreement. Defendants never OBJOBJECTED NOR REFUSED MY RETURNED IN SEPTEMBER 2002, BUT DID NOT PROVIDE ME A

REASONABLE ACCOMMONDATION. I WORKED FROM 8;15 AM TO 2;45 PM FROM MONDAY

TO FRIDAY, FROM SEPTEMBER 26, 2002 TO MARCH 5, 2003, WITHOUT ANY DISCIPLINARY

ACTION FILED AGAINST ME FOR LATENES, OR TARDINESS. SINCE MY EMPLOUMENT WITH

DEFENDANTS, IN 1994 TO MARCH 2003, I HAVE NEVER BEEN LATE NOR TARDY TO WORK. I

ALWAYS APPEARED TO WORK BETWEEN 7;30 TO 7;45AM, FROM MONDAY TO FRIDAY.

, THEREFORE, DEFENDANTS'
EXHIBITS 10 & 11 ARE OF NO RELEVANCE IN THIS MATTER. AND ARE MOOT. DEFENDANTS' EXHIBIT 10 WAS REPLACED BY PLAINTIFF'S EXHIBIT 2

40) THAT THE WRONGFUL TERMINATION OF MY EMPLOYMENT IS NOT BEFORE THIS COURT, AND THAT I AM BEING REPRESENTED BY A COUNSEL, MR. JOHN DESIMMONE. THIS WRONGFUL TERMINATION CASE IS ALSO BEFORE THE HUMAN RIGHTS COMMISSION, AND THE PROVIDENCE SCHOOL BOARD ON APPPEALED, WHICH WILL BE HEARD ON APRIL 4, 2005, AT WHICH TIME, ,MY COUJNSEL WILL TAKE IT TO PROVIDENCE SUPERIOR COURT FOR RELIEF. ANY ISSUE OF MY WRONGFUL TERMINATION SHOULD not BE DECISIONED BY THIS COURT, BECAUSE, IT IS A SEPARATE CASE FROM MY REASONABLE ACCOMMONDATION CASE THAT IS NOW BEFORE THIS COURT.EXHIBIT "16"

41) On August 22, 2002, a Medical excuse written by Dr. Huntington, Escusing me from work with restrictions, Exhibit "2 " which amend the Letter of July 2, 2002, . At the time of Medical Excuse of August 22, 2002, the Collective bargaining agreement between the Providence Union and the Defendats' department reflects the importance of rugular timely arrival, but on August 22, 2002, Dr. huntington's Medical excuse did not request that I arrive late to School, not ot be attendance at the school from 8:15 to 2:45, My Medical Excuse state that I needed a reasonable accommondation etc. Exhibit 2 "I did complied with the Collective Bargaining Agreement dated September, 2003 to August 31, 2004, Pages 15, & 16 repectively, by going

to work on time, leaving at the required time, etc from September 26, 2002 to March 5, 2003.

42) That I am not presently employed since June 21st, 2004.

43) THAT I SUFFERED WORK-RELATED EMOTIONAL DISTRESSS SINCE 2001, WHEN DEFENDANTS REFUSED TO AFFORD ME A REASONABLE ACCOMMONDATION Exhibit 9, 15E & 15F

44) THAT I SUFFERED WORK-RLATED EMOTIONAL DISTRESS, AS WELL AS DISCRIMINATION BY DEFENDANTS' DECISION NOT TO AFFORD ME A REASONABLE ACCOMMODATION. Exhibits 9, 14A 15E & 15F

45) THAT I LOST INCOME, FROM RE-IJURIES, OF BEING ILL, AND LOST SICK TIME AS A RESULT OF DEFENDANTS' REFUSAL TO GRANT ME A REASONABLE ACCOMMONDATION Exhibits 14 & 14A

46. THAT DEFENDANTS REFUSED TO HONOR MY INCIDENCE WORK-RELATED INJURIES REPORTS FILED WITH DEFENDANTS FOR PAYMENT OF MY SALARIES AND MY SICK TIME BEING PUT BACK OF WHICH DEFENDANTS HAVE TAKEN AWAY. (PLAINTIFF'S AFF@ & EXHIBIT 14, & 14A

47. THAT DEFENDANT WERE NOT PREPARED TO RECEIVE ME AT THE HARRISON STREET SCHOOL ON MAY 10, 2004, DUE TO THE UNPREPARINESS OF THE PRINCIPAL WHEN I ARRIVED. THE PRINCIPAL HAD NO KNOLEDGE OF MY RETURNED ON MAY 10, 2004. HE CALLED THE DEFENDNT'S OFFICE FOR MORE THAN HALF HOUR, AND NO RESPONSE TO STATE ABLUT MY RETURN, THEREFORE, HE DID NOT ALLOW THE SUBSTITUTE TEACHER IN MY CLASS TO LEAVE, EXCEPT HE HAD THE INFORMATION OF MY RETURN, SO WE WERE TWON TEACHERS IN THE CLASS ROOM. THIS SHOWED THA DEFENDANTS WERE DOING THIS IN RE-TALIATION FOR THE SEXUAL CASE FILED AGAINST MS. DECARLO. WHILE AT THE SAME TIME, DEFENDANTS HAVE MY MEDICAL EXCUSE IN THEIR POSSESSION.

48. THAT THIS COURT LOOKS TO THE MANY GENUINE ISSUES OF FACTS PLAINTIFF HAS RAISED. ESPECIALLY THOSE OF EXHIBITS 2,3,7,8,14, AND 14, 14A 15E, 15F, 16 ALSO THE ISSUE OF MATERIAL FACTS OF DEFENDANTS' EXHIBIT 10 AND 11 WHICH ARE MOOT, IN THAT EXHIBIT 10 WAS REPLACED WITH PLAINTIFF'S EXHIBIT AND PLAINTIFF DID PEFORMED THE ESSENTIAL FUNCTION OF HER JOB WITH ALL REQUIREMENTS AND CONTRACT AGREEMENT BETWEEN THE DEFENDANTS AND THE PROVIDENCE TEACHERS UNION. DEFENDANTS' EXHIBIT 11 IS MOOT, BECAUSE PLAINTIFF HAVE RETURNED TO THE WORK PLACE ON SEPTEMBER 26, 2002 AND DID GO TO WORK AND RETURNED FROM ON THE BARGAINING CONTRACT BETWEEN DEFENDANTS AND THE PROVIDENCE TEACHERS UNION. THEREFORE , THE TIMELINESS ISSUES RAISED BY DEFENDANTS HAS ALREADY BEEN PERFORMED BY PLAINTIFF AS REQUIRED BY THE TEACHERS CONTRACT ON SEPTEMBER 26, 2002 TO MARCH 5, 2003.

49 That Defendants granted Lumbar Support High Back Chairs in 2000 for the following Teachers, while denying me the same in 2001: PLEASE SEE EXHIBIT 8

1. Glass, Anita-11/6/2000
2. Madyun, Delores-11/22/99
3. Anas, Jane-11/8/1998

50 That Defenants granted a High Back Support Chair to the Following Teacher two(2) days after Defendants denied me the same on 11/13/2001: PLEASE SEE EXHIBIT 8

1. Matheson, Shelley-11/15/2001

51 That Defendants denied me a Reasonable Accommondation, between 2000 to 2003, granting a Teacher's Assistant , while Defendants have already granted such to Teachers before my denial, and also, two(2) days after my denial of a teachers' Assistant on 11/13/2001 to the following Teachers: EXHIBIT 8

1. Hanley, Mary-11/15/2001
2. Kozma, Cynthia-7-11/2000
3. Landes, Laura-6-2-20000
4. Maldonado, Beatriz-11/23/99
5. Pendleton, Michele-6/1/1999
6. Sheridan, Angela-2/28/1998
7. Tassone, Simmone-9/17/1998

52 That Defendants denied me the used of a Over Head Projector between 2000 to 2003, but granted such to the following Teacher: PLEASE SEE EXHIBIT 8

1. White, Eric-3/28/2000

53 That Defendants denied me the one and half hour Time in arriving at School on 11/13/2001, but granted such to the following Teacher: PLEASE SEE EXHIBIT 8

1.Cooper, Leslie-4/6/1998- That is Provided a one and half hour break during the middle of the day.

54 That Defendants denied me a Reasonable Accommondation, between 2000 to 2003, but granted such to the following Teachers: PLEASE SEE EXHIBIT 8

1.Cooper, Leslie-4/6/1998
2.Crago, Susan-9/11/2001**
3.Degliangeli, Steven-12/17/2001**
4. deHertogh, Susan-8/30/1999
5. Furma, Gayle-5/13/2003**
6.Lopes-Speaks, Debra-6/15/2000**

 12

7.Madhdesian, Tonya-9-24/1999
8.Malardo, Michael-1/22/2002**
9. Mejia Rosa, Maria-10/2/2001**
10.Norman, Arthur-9/15/1999
11. Oliver, Karen-8/28/2000**
12. Ranglin, Valrie-10/29/1999
13. Silvaggio, Dina-12/28/2001**
14. Silver, Eva-3-20-2001**
15.Weisberger, Gail-7/11/2001**
16. Santa, Iadevaia-Granted Air-conditioned Environment & access to an elevator.

* NOTE: THE STARS DENOTE THE TIMES IN QUESTION, THAT DEFENDANTS DENIED ME, BUT———————AT THE SAME TIME, DID GRANT REASONABLE ACCOMMODATION TO OTHER TEACHERS.

55 That A hearing is Scheduled for April 4, 2005, relating to the illegal and Discrimnatory Termination of my Employment on June-2004. This will be heard by the Providence School Board, and I will be represented by my Counsel, Mr. John Desimmone, Esq.

56 That I am presently treating with my Docbors, and Psychiatric Counsellor, Mr. Huntington, Dr. Paolino-Psychiatric -for Emotional Distress and Physical Injuries-Dr. Huntington. Exhibits: 2, 9A, 15E & 15F

13

RESPECTFULLY SUBMITTED:

NELLIE S. FRANCIS
PLANTIFF PRO-SE SE.
16 MILLER AVENUE
PROVIDENCE, R.I. 02905
(401)461-2918

**Subscribed and sworn to before me under the penalties of perjury this 19th day of March 2005.**

**NOTORY PUBLIC**
**MY COMMISSION EXPIRES:**

MATTHEW D. D'AGENAIS
Notary Public of Rhode Island
My Commission Expires 4/2/2007

## CERTIFICATION

I hereby certify that I mailed a copy of the within ***Motion*** Affidavit to
Sara A. Rapport
Senior Assistant City Solicitor
April 13, 2005

275 Westminster Street, Suite 200

Providence, Rhode Island 02903-1845

NELLIE FRANCIS