UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

NELLIE FRANCIS

v. C.A. No. 04-04-T

PROVIDENCE SCHOOL BOARD

**ORDER DENYING PLAINTIFF'S MOTION FOR AN ORDER TO SUBPOENA PLAINTIFF'S MEDICAL RECORDS**

Plaintiff's Motion for an Order to Subpoena Plaintiff's Medical Records is hereby denied for the following reasons.

Plaintiff fails to explain what records she is seeking and how they are relevant to the pending summary judgment motion. In addition, Plaintiff fails to explain why, since the records are in the possession of her own doctors, she can't obtain the records without a subpoena.

IT IS SO ORDERED.

Ernest C. Torres

Ernest C. Torres

Date: April 18, 2005

50