**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**NELLIE FRANCIS**

**v.** **CA 04-04T**

**PROVIDENCE SCHOOL BOARD**

PLAINTIFF"S MOTION FOR RECONSIDERATION FOR AN ORDER TO SUPOENA ~~PLAINTIFF"S OWN MEDICAL RECORDS~~:

PLAINTIFF, Nellie S. Francis hereby file this Motion to request this Court for an order to supoena her medical records from her Doctors that treated her when she was injured on 5th Ocbober 1998. as well as her injuries of 2002-2003.

During the Trial Febrayary 28, 2005, Other Medical Records were upoena but others were not due to Clerk request for an order..

Plaintiff needs to supoena her medical records from the following Doctors due to their enability to respond and provide Plaintiff with her own Medical Recoords, due to the Plaintiff's situation being in this Court. These Doctors have stated that the only way my Medical Records will be provided to me is by way of a Supoena and that It has to come from the Court, since, I do not have a Lawyer representing me. I have consistantly told the Medical personnels that I am representing my self in this case, but still, the Doctors have refused to allow my medical Records be provided to me, EXCEPT FROM A COURT SUPOENA.

These Medical Reords are very essential and relevant to my case at above, in that My physical injuries and EMOTIONAL STRESSED INJURIES NEED TO BE PROVEN BY MY MEDICAL RECORDS AS WELL AS MEDICAL AFFIDAVITS FROM THESE DOCTORS.

DR. JAMES GALLO HAS TREATED ME MEDICALLY FOR MY EMOTIONAL STRESSED DISEASE SINCE FEBRUARY OF 2003 to JUNE of 2004. His MEDICAL RECORDS FOR ME NEEDS TO BE PART OF FORM PART OF MY CASE TO BE ABLE TO PROVE THE EMOTIONAL PART OF MY CASE.

DOCTOR LAWRENCE LEE AND DOCTOR ROBERT MILLER, AS WELL AS ST. JOSEPH RE: DR. STUZT, MEDICAL RECORDS OF ME NEED TO BE PART OF THIS CASE DUE TO THE, INJURIES SUSTAIEND, IN 1998 and 2003. They are all Relevant/important to this case.

These medical records of me are very important and relevant to this case to be proven at Trial as well as other Court Proceedings. I NEED TO HAVE THESE MEDICAL RECORDS TO BE ABLE TO SUBSTANTIATE MY CASE OF PORVEN ASPECT. DR. JAMES GALLO, A PSYSCHIARTRIC DOCTOR, WHO HAS TREATED ME FOR WORK RELATED STRESSED DISEASE HAS REFUSED TO PROVIDE ME MY MEDICAL RECORDS, THREFORE, I AM KINLY REQUESTING THIS HONORABLE COURT TO GRANT ME AN ORDER TO SUPOENA MY MEIDCAL REOORDS FROM THESE DOCTORS, ESPECIALLY DR. JAMES GALLO OF THE WEST BAY PSYCHIATRIC CLINIC ASSOCIATION, IN WARWICK.. MY MDEICAL RCORDS FROM DR, GALLO IS VERY IMPORTANT AND RELEVANT TO THIS CASE, IN THE LIGHT OF ME CLAIMING AN EMOTIONAL STRESSED IN MY COMPLAINT. MY PSYCHIATRIC RECORDS WILL BE ABLE TO PROVE MY EMOTIONAL CLAIM IN THIS CASE.

WHEREFOR, PLAINTIFF IS REQUESTING THIS COURT TO RECONSIDER ITS DECISION TO FURTHER GRANT ME AN ORDER TO SUPOENA MY MEDICAL RECORDS FROM MY OWN DOCTORS WHO HAVE REFUSED AND NEED A SUPOENA FROM THE COURT BEFORE PROVIDING ME MY OWN MEDICAL RECORDS, JUST BECAUSE, I DO NOT HAVE A COUNSEL/LAWYER REPRESENTING ME IN THIS MATTER. THIS COURT , DENIED MY PREVIOUS REQUEST ON ______________ 2005, DUE TO THE REASONS THAT I HAVE STATED ABOVE THAT WAS NOT Stated IN MY PREVIOUS REQUEST. This Is for both Trial & Summary Judgment

51

RESPECTFULLY SUBMITTED:

NELLIE S. FRANCIS
PLANTIFF PRO-SE SE.
16 MILLER AVENUE
PROVIDENCE, R.I. 02905
(401)461-2918

**CERTIFICATION**

I hereby certify that I mailed a copy of the within ***Motion*** on April 27, 2005 to
Sara A. Rapport
Senior Assistant City Solicitor
275 Westminster Street, Suite 200
Providence, Rhode Island 02903-1845

NELLIE FRANCIS