**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

NELLIE FRANCIS,
Plaintiff

vs. C.A. No. 04-04T

PROVIDENCE SCHOOL BOARD,
Defendant

# JUDGMENT

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ X ] **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

Judgment is entered for the Defendant pursuant to Memorandum and Order granting their Motion for Summary Judgment dated September 1, 2005.

Enter:

Deputy Clerk

Dated: September 1st, 2005