**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**NELLIE FRANCIS**

**VS.** **CA 04-04T**

**PROVIDENCE SCHOOL BOARD**

Plaintiff's Appeal To Judgment and ORDER OF 9/1/05

Plaintiff, Nellie S. Francis hereby moves to file an appeal to the Summary Judgment Order of September 1, 2005 against Plaintiff.

Respectfully Submitted

[signature]

Nellie S. Francis
16 Miller Ave
Prov. R.I 02905 (401) 461-2918

**CERTIFICATION**

I hereby certify that I mailed a copy of the within Motions to on September 6,
Sara A. Rapport
Senior Assistant City Solicitor
275 Westminster Street, Suite 200
Providence, Rhode Island 02903-1845