# United States Court of Appeals
## For the First Circuit

CERTIFIED COPY

No. 05-2353
04-4

NELLIE FRANCIS,

Plaintiff - Appellant,

v.

PROVIDENCE SCHOOL BOARD,

Defendant - Appellee.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: Date: SEP 16 2005

**ORDER OF COURT**
**Entered: September 16, 2005**

This court has docketed plaintiff's appeal from the judgment entered on September 1, 2005 in CA No. 04-00004 (D. R.I.) as Appeal No. 05-2353. On September 6, 2005, plaintiff filed a motion for reconsideration. Pursuant to Fed. R. App. P. 4(a)(4)(A), the notice of appeal does not become effective until the district court disposes of the post-judgment motion.

Therefore, appellant is directed to file a status report by **October 27, 2005** and at thirty day intervals thereafter, informing this court of any action taken by the district court on the post-judgment motion. Further, the appellant is directed to inform this court whether or not she intends to file a notice of appeal or amended notice of appeal from the district court's post-judgment order. See Fed. R. App. P. 4(a)(4)(B). While appellant is encouraged to proceed with ordering all necessary transcripts to pursue this appeal, the time to file a transcript order form is enlarged to 10 days after the district court disposes of the above-mentioned motion. See Fed. R. App. P. 4(b)(1).

Failure to comply with this order may lead to dismissal of this appeal for lack of diligent prosecution. Local Rule 3(b).

Once the district court rules on the motion for reconsideration, it is directed to forward its decision to this court forthwith.

By the Court:

Richard Cushing Donovan, Clerk

By: MARGARET CARTER
Chief Deputy Clerk

Certified Copy: Hon. Ernest C. Torres; David DiMarzio, Clerk USDC
cc: Ms. Francis & Ms. Rapaport