**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**NELLIE FRANCIS**

**VS.** **CA 04-04T**

**PROVIDENCE SCHOOL BOARD**

FILED
SEP 06 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Plaintiff's Motion For Reconsideration of Judgment of Order of 9/1/05

Plaintiff, Nellie S. Francis hereby moves this Court to Please Re-Consider Its Decision of the Order of 9/1/05 granting Defendants' Summary Judgment.

Respectfully Submitted

Nellie S. Francis
16 Miller Ave
Prov, R.I 02905 (401) 461-2918

DENIED
Ernest C. Torres
Chief, US District Judge
9/27/05

**CERTIFICATION**

**I hereby certify that I mailed a copy of the within *Motions* to** on September 6, 200[illegible]
**Sara A. Rapport**
**Senior Assistant City Solicitor**
**275 Westminster Street, Suite 200**
**Providence, Rhode Island 02903-1845**