UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

September 28, 2005

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

RE: ***Nellie Francis v. Providence School Board***
***USDC CA04-04T*** ***COA: 05-2353***

Dear Clerk:

Enclosed herewith you will find a supplemental on appeal in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY
Lucia Cristina Leyva
DEPUTY CLERK

encl.: Certificate of Clerk; Complete Case File; Certified Copy of Docket.