**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**NELLIE FRANCIS**

**VS.** **CA 04-04T**

**PROVIDENCE SCHOOL BOARD**

Plaintiff's Status Report on Appeal to Judgment and Order of 9/1/05 and Reconsideration Judgment + Order of 9/27/05

Plaintiff, Nellie S. Francis hereby states the Status of the Above Case:

1) Plaintiff's Reconsideration motion was denied and [illegible] of order is attached as (A).

(2) Plaintiff's motion for Application for forma pauperis is Not granted. Attachment of order is attached as (B).

(3) Plaintiff's Amended Appeal to both orders of 9/1/05 and 9/27/05 are also attached as (C)

Respectfully Submitted

Nellie S. Francis
16 Miller Ave
Prov. RI 02905
(401) 461-2918

**CERTIFICATION**

I hereby certify that I mailed a copy of the within document on 30th day of September to

Sara A. Rapport
Senior Assistant City Solicitor
275 Westminster Street, Suite 200
Providence, Rhode Island 02903-1845