UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**NELLIE FRANCIS**

**VS.** **CA 04-04T**

**PROVIDENCE SCHOOL BOARD**

Plaintiff's Amended Appeal To Judgment Order of 9/1/05 and Judgment Order of Reconsideration of 9/27/2005

Plaintiff, Nellie S. Francis hereby moves to file an amended Appeal to Summary Judgment Order of September 1, 2005 as well as the Judgment Order of Reconsideration of September 27, 2005. against plaintiff.

Respectfully Submitted

[signature]

Nellie S. Francis
16 Miller Ave
Prov. R.I 02905
(401) 461-2918

**CERTIFICATION**

I hereby certify that I mailed a copy of the within document on 30th day of September 2005 to

Sara A. Rapport
Senior Assistant City Solicitor

275 Westminster Street, Suite 200

Providence, Rhode Island 02903-1845