**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**NELLIE FRANCIS**

**VS.** **CA 04-04T**

**PROVIDENCE SCHOOL BOARD**

Plaitiff's Motion To Proceed Informa pauperis Not to pay for Transcripts.

Platiff, Nellie S. Francis hereby moves to file this motion Not to pay for the transcipts In the Above Case.

Plaintiff's Origually File Said Motion to appeal this court Order of 9/1/05 and Said Motion Was graciously granted by this Court, to proceed In Forma Pauperis for the Appeal of 9/1/05. Attached IS Copy of the order granted.

Respectfully Submitted

[signature]

Nellie S. Francis
16 Miller Ave, PROV. RI 02905
(401) 461 2918

RESPECTFULLY SUBMITTED:

NELLIE S. FRANCIS
PLANTIFF PRO-SE SR.
16 MILLER AVENUE
PROVIDENCE, R.I. 02905
(401)461-2918

**CERTIFICATION**

I hereby certify that I mailed a copy of the within MotionS, to
Sara A. Rapport
Senior Assistant City Solicitor on October 5, 2005

275 Westminster Street, Suite 200

Providence, Rhode Island 02903-1845

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

________________ District of ________________

Plaintiff

V.

Defendant

## APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: 04-04T

I, Nellie S. Francis declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☐ Yes ☒ No (If "No," go to Part 2)

   If "Yes," state the place of your incarceration ________________

   Are you employed at the institution? ________ Do you receive any payment from the institution? ________

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed? ☐ Yes ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. 6-03, $4,000.00/month Excl. Taxes

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment ☐ Yes ☒ No
   b. Rent payments, interest or dividends ☐ Yes ☒ No
   c. Pensions, annuities or life insurance payments ☐ Yes ☒ No
   d. Disability or workers compensation payments ☒ Yes ☐ No
   e. Gifts or inheritances ☐ Yes ☒ No
   f. Any other sources ☒ Yes ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive. Pertaining to Letter (d), I am presently Receiving SS Benefits of $1,070.00/month. Pertaining to Letter (F), I did Received my mortgage disability payment from my personal Disability Mortgage payments from January 05 to March 2005. [illegible] on 2-2005.

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts? ☒ Yes ☐ No

If "Yes," state the total amount. $200.00

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☒ Yes ☐ No

If "Yes," describe the property and state its value. My Personal Dwelling Home (House) 16 Miller Ave, Prov. R.I. 02905 - Value about $200,000.00 and My Automobile valued about $15,000.00. (Toyota)

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. 9yrs Jazmine A. M. Savice - Daughter - full
16yrs Winston N. Savice - Son - full
15yrs Krystal W. Savice - Daughter - full
20yrs Benedu Massaquoi - Daughter - full

I declare under penalty of perjury that the above information is true and correct.

9-6-05 Sept 6, 2005

Date

[signature]

Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

GRANTED
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
9/27/05

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_______________ District of _______________

Plaintiff

V.

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 04-04T

I, Nellie S. FRANCIS declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☐ Yes ☒ No (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _______________

   Are you employed at the institution? _______ Do you receive any payment from the institution? _______

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed? ☐ Yes ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. 6-03, TT 4,000.00/month [illegible] Taxes

3. In the past 12 twelve months have you received any money from any of the following sources?

| | | | |
|---|---|---|---|
| a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
| b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
| c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
| d. | Disability or workers compensation payments | ☒ Yes | ☒ No |
| e. | Gifts or inheritances | ☐ Yes | ☒ No |
| f. | Any other sources | ☒ Yes | ☒ No |

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive. Pertaing to Letter(d) I am currently Receiving SS Benefits of $1,070.00/month. Pertaing to Letter(F), I did Received my Mortgage disability payment from my Personal Disability Mortgage payments from January 05 to March 05. Policy Ended on 3-2005.

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts? ☒ Yes ☐ No

If "Yes," state the total amount. Jr $200.00

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☒ Yes ☐ No

If "Yes," describe the property and state its value. My Person Dwelling Home (House) 16 Miller Ave, Provi R.I 02905, Value about $200,000.00 and My Automobile Value about $15,000. (Toyota)

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

9 yrs Jazmine A. M. Savice - Daughter - Full
10 yrs. Winston N Savice - Son - Full
15 yrs. Krystal W. Savice - Daughter - Full
20 yrs Bendu Massaquoi - Daughter - Full

FILED
2005 OCT -5 P 12:21
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

I declare under penalty of perjury that the above information is true and correct.

10-5-05
Date
October 5, 2005

[signature]
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.