UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

NELLIE S. FRANCIS

v. CA No. 04-04-T

PROVIDENCE SCHOOL BOARD

**ORDER DENYING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS**

Plaintiff's motion for leave to proceed in forma pauperis is hereby DENIED. There are no transcripts because there was no hearing on the motion for summary judgment.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: Oct. 12, 2005