**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

October 27, 2005

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

RE: Nellie Francis v. Providence School Board
USDC CA04-04T COA: 05-2353

Dear Clerk:

Enclosed herewith you will find a supplemental on appeal in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: [signature]
Lucia Cristina Leyva
DEPUTY CLERK

encl.: Document #66 - Plaintiff's Motion to Proceed In Forma Pauperis Not to Pay for Transcripts.

Document #67 - Order denying Motion to Proceed In Forma Pauperis.

Certified Copy of Docket.