04-00004
USDC-RIPR
J. Torres

# United States Court of Appeals
## For the First Circuit

No. 05-2353

NELLIE FRANCIS,

Plaintiff, Appellant,

MANDATE

v.

PROVIDENCE SCHOOL BOARD,

Defendant, Appellee.

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT
2006 SEP 28 P 2:28

## JUDGMENT

Entered: September 7, 2006

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Rhode Island.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

Certified and Issued as Mandate under Fed. R. App. R 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 9/28/06

By the Court:

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

[cc: Ms. Francis and Ms. Rapaport.]